# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TANESHA RENEE HOLDER, | Case No. 23-CV-1287 (NEB/LIB) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| MICHAEL SEGAL, Warden, | |
| Respondent. | |

The Court has received the May 23, 2023 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No. 3.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 3) is ACCEPTED;

2. Holder's Petition for a Writ of Habeas Corpus (ECF No. 1) is DENIED; and

3. The above-caption matter is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 27, 2023

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge